Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) Certified Mail #7022 0410 0000 6629 0470

# UNITED STATES DISTRICT COURT

for the

_____ District of OCALA

_____ Division

| | |
|---|---|
| Inmate: Larry Dancy (b/o #11622-007) | Case No. 5:23-CV-558 |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | FILED - USDC - FLMD - OCA |
| COLEMAN STAFF: Ofc. Stephens; Ofc. DeAngelo; Ofc. Pachuilla; Warden(S. Withers); Cpt. (Sooekea); Unit Mgr. (Ortiz) Assoc. Warden (Phelps); Unknown Staff. | SEP 7 2023 AM10:04 |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

✱ The following statement of facts, that gave rise to claim, were made to the best of my (Larry Dancy) knowledge and belief - under penalty of PERJURY. (see Title 28 U.S.C. §1746 & 18 U.S.C. §1001).

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Larry Dancy |
| All other names by which you have been known: | |
| ID Number | #11622-007 |
| Current Institution | U.S. Penitentiary - Coleman 1 |
| Address | P.O. Box 1033 |
| | Coleman        Florida    33521 |
| | *City*        *State*    *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Stephens |
| Job or Title *(if known)* | Correctional Officer |
| Shield Number | |
| Employer | Federal Bureau Of Prisons (Coleman USP-1) |
| Address | USP Coleman 1, 846 NE 54th Terrace |
| | Sumterville        FLA    33524 |
| | *City*        *State*    *Zip Code* |

[X] Individual capacity & [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Mr. De Angelo |
| Job or Title *(if known)* | Correctional Officer |
| Shield Number | |
| Employer | Federal Bureau Of Prisons (Coleman USP-1) |
| Address | USP Coleman 1, 846 NE 54th Terrace |
| | Sumterville        FLA    33521 |
| | *City*        *State*    *Zip Code* |

[X] Individual capacity & [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                   Mr. Pachuilla
    Job or Title *(if known)*   Correctional Officer
    Shield Number
    Employer           Federal Bureau Of Prisons (Coleman USP-1)
    Address            USP. Coleman 1; 846 NE 54th Terrace
                      Sumterville     FLA    33521
                      *City*        *State*    *Zip Code*

               ☒ Individual capacity & ☒ Official capacity

Defendant No. 4
    Name                   Mr. Shanon Withers
    Job or Title *(if known)*   Warden
    Shield Number
    Employer           Federal Bureau Of Prisons (Coleman USP-1)
    Address            USP. Coleman 1; 846 NE 54th Terrace
                      Sumterville     FLA    33521
                      *City*        *State*    *Zip Code*

               ☒ Individual capacity & ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*: .

       ☒ Federal officials (a *Bivens* claim)

       ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

-(Defendants-Cont.) -

Defendant No. 5
    Name          Mr. Sovekea
    Job or Title      Captain
    Shield Number
    Employer      Federal Bureau Of Prisons (Coleman USP-1)
    Address        USP, Coleman 1, 846 NE 54th Terrace
                 Sumterville, FLORIDA 33521
                 [X] Individual capacity & [X] Official capacity

Defendant No. 6
    Name          Mr. Phelps
    Job or Title      Associate Warden
    Shield Number
    Employer      Federal Bureau Of Prisons (Coleman USP-1)
    Address        USP, Coleman 1, 846 NE 54th Terrace
                 Sumterville, FLORIDA 33521
                 [X] Individual capacity & [X] Official capacity

Defendant No. 7
    Name          Mr. Ortiz
    Job or Title      Unit Manager
    Shield Number
    Employer      Federal Bureau Of Prisons (Coleman USP-1)
    Address        U.S.P. Coleman 1, 846 NE 54th Terrace
                 Sumterville, FLORIDA 33521
                 [X] Individual capacity & [X] Official capacity

(2-A cont.)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

: 8TH Amendment (Cruel & Unusal Punishment) ; 5TH Amend. (Due Process
: (AND Deliberate Indifference)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each Defendant to the instant civil action was a federal employee and at the time of incident(s) giving rise to claim, were employed by the Dept. of Justice (Fed. Bureau Of Prisons) at a federal Institution (i.e. F.C.C. - Coleman).

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☒    Other *(explain)*   Convicted District Of Columbia prisoner

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

U.S. Penitentiary, Coleman 1 (On or around November 1, 2022)

CLAIM: 8ᵀᴴ AMENDMENT VIOLATION (CRUEL & UNUSUAL PUNISHMENT AND DELIBERATE INDIFFERENCE); 5ᵀᴴ AMENDMENT VIOLATION (DUE PROCESS - ACCORDING TO 42 § 15601 "P.R.E.A." AND 28 C.F.R. § 542/§ 1330.18 AND ALSO P.R.E.A. "REPRISALS")

I, Plaintiff (Larry Dancy, #11622-007), give the following facts, giving rise to claim, based on my first-hand knowledge and belief:

On or around November 1ˢᵗ of 2022, Coleman (U.S.P. 1) Officer (Stephens) sexually assaulted me in the lieutenant's office and then threatened me with physical vidence if I reported the assault. Despite the threats, I filed a P.R.E.A. complaint which Associate Warden (Phelps), acting as Warden, failed to process according to P.R.E.A. protocol which allowed Ofc. Stephens to commit retaliatory assault on April 26, 2023 where Stephens and Officer (believed to be named Pachuilla) mentioned the P.R.E.A. complaint I previously filed on Stephens as both officers taunted me with sexual comments. I have contemplated suicide and have trouble sleeping and also being close to individuals as a result of being traumatized all of which I have repeatedly reported to Psychology staff without any assessment. All I can think about when I see Stephens' is some of the comments he made while assaulting me such as "you got me on that complaint, but now we are not on camera! Your cock is not worth all that trouble".

My trauma began around November 1ˢᵗ of 2022 when Ofc.(s) De-Angelo and Stephens, without cause, escorted me to the lieutenant's office where I subjected to two "searches" by Stephens. First, he conducted a "pat-down" search where Stephens placed both thumbs inside the waistband of my pants and athletic shorts. Then, Stephens reached inside of my athletic shorts and grabbed my penis and then my

( 5-A. )

testicles and I heard Stephens make a low moaning sound which made me feel that I took some form of sexual satisfaction from fondling me. I immediately stated to Stephens and DeAngelo that I was not a homosexual and that I did not want any "trouble". Next, DeAngelo began laughing while Stephens became upset and threatened to "slam you on your head" and ensuring I went to SHU/hole if I complained.

After the pat search, Stephens ordered me to submit to a strip search despite not having found any signs of contraband on my body. Next, as I began to remove my clothing, Stephens ordered me to only remove my pants which was not standard procedure. Then, Stephens looked at my athletic shorts and stated "those are contraband. Take those off". My athletic shorts were exactly in the same condition as when I purchased them from commissary and were not contraband. I believed that Stephens knew that I did not have boxer shorts on due to the "pat" search which is why he ordered me to give him my athletic shorts leaving me naked from the waist down. After I removed my shorts, Stephens caused me to feel degraded and vulnerable because he just stood there staring at my genitals for approximately two minutes while I repeatedly requested to place my pants back on. Once again dressed, Stephens ordered me to wait in the holding cell in the office which I did for several hours. During that time, Captain (Sookea) came in the office and I gave him notice of Stephens sexual assault. The captain stated that Stephens and DeAngelo alleged they came into contact with me on the Northside of the institution which would have made me "out of bounds" since I was a Southside inmate. In reality, I came into contact with both officers in the main corridor attempting to enter the cafeteria after speaking with Nurse Eldrige in medical department.

(5-B)

At the time I spoke to the captain from the holding cell, I verbally notified the captain of the facts surrounding my sexual assault and the threats of violence made by Stephens. The captain failed to follow P.R.E.A. mandatory procedure which includes notice being given S.I.S./S.I.A., institutional P.R.E.A. Coordinator, medical staff, psychology staff. Several days later, I filed a BP-228 administrative remedy form related to my assault. Notification was also given to F.B.O.P. Central Office via "D.O.J. Sexual Abuse/Assault" option on the inmate e-mail service. (See Institutional Remedy log: 1142370-F1). There was never any recognizable attempt to adhere to P.R.E.A. policy by Coleman staff such as separation from Stephens or mental and physical assessment. As a result of inaction to correct Stephens conduct and also provide me with coping treatment, I filed a BP-269 which was received by warden's office on November 22, 2022. Said response was dated November 30, 2022 and still no corrective action was taken. I mailed a BP-230, but it never reached the Southeast Regional Office as a result of mail tampering. I was again threatened by Stephens, for continuing to pursue administrative remedy. Thus, I stopped the process at the BP-231 stage. I was scared.

The very next time that I came into contact with Stephens was on April 26 of 2023 when Stephens and Officer Pachuilla assaulted me outside, by attempting to twist my right shoulder out of socket/joint, and causing me to naked from the waist down, and making degrading comments about my genitals and buttocks while referecing P.R.E.A. claims for sexually assaulting me in November of 2022. Staff and inmates witnessed the retaliatory assault on April 26, 2023.

*The above statement was made under penalty of PERJURY. (28 U.S.C. § 1746).
(s) _Larry Dancy_
LARRY DANCY (C#/ 61622-007)    (5-C)    DATE DONE: AUGUST 21, 2023.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

On or around November 1st of 2022

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On or around November 1st, 2022, I was sexually assaulted by Corrections Officer (Stephens) in the lieutenant's office (Coleman USP-1). Corrections Officer DeAngelo was an eyewitness to these events and failed to stop Stephens blatant violation of my Constitutional rights and failed to report the violation(s) after the fact which is a requirement by law. (See Continuation page).

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Broken Tooth, Damaged Muscle - Ligaments - Tendons in Right Shoulder, Damaged Cheekbone (Nose, Mouth, Upper Lip, Skull) → Abrasions, Contusions, possible fracture

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

All action(s) taken against all Defendants in their official capacity - AND - individual capacity. Money Damages (Compensatory and punitive) in sum total of two-million dollars. Mental anguish and reduced quality of life. Attorney fees. *DEMAND FOR JURY TRIAL.*

*(see cont. pg. 5)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

U.S. Penitentiary - Coleman 1

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

① P.R.E.A. claim(s) ② Reprisals, ③ Due Process Violation(s), ④ Deliberate Indifference.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

U.S. Pen - Coleman 1

2.   What did you claim in your grievance?

P.R.E.A. Violation(s), Threats Of Reprisals, Mental Trauma

3.   What was the result, if any?

Ignore/denial of claims and threats of & actual reprisals

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

First, I filed BP-228(informal resolution attempt). Second, I filed BP-229. Third, I filed BP-230. However, staff tampered with my outgoing mail and BP-230 never reached S.E. Regional Office and I received continued and intensifying threats of reprisals, et cetera chilling my exhaustive efforts.(Notice given to Central Office via e-mail).

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*  ⟶ See Documents As Exhibits "A through E" ⟵

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Exhibit "A"

Inmate: Larry Dancy (#11622-007)
   U.S.P.-Coleman 1
   P.O. Box 1033
   COLEMAN, FLORIDA 33521


~ DECLARATION OF EXHAUSTION ~


  I, Larry Dancy (Yo #11622-007), being of sound mind, do depose and say the following:


  I was personally sexually assaulted by U.S.P.-Coleman 1 Officer (Stephens) on or around November 1st of 2022 in the lieutenant's office. I gave several verbal notices to the Warden (S. Withers) and also the Captain (Sookea). Later, I handed a written "Affidavit" to the warden, at "main line", who read it in front of me, and then handed it to the Captain. No corrective steps were taken at any time and I was never seperated from (Stephens). Several days later, I obtained an informal resolution attempt form (BP-228) from L-Unit's Counselor and then submitted the BP-228 and submitted a detailed description of my sexual assault, Stephens' threats of violence if I reported the incident, and my request to have Stephens seperated and removed from position according to P.R.E.A. protocol and F.B.O.P. policy. Several days after filing my BP-228 and still no corrective action being taken, I filed a BP-229 to the Warden which he received on 11/22/2022 and then replied on 11/30/2022. (See Remedy ID: 114237-F1). I placed my BP-230, to the Southeast Regional Office, in the institutional "legal mail/special mail" receptical, but it never arrived due to suspected mail tampering. Again, I was threatened with assault, by Stephens, if I continued to pursue my P.R.E.A complaint. As a result of threats and inaction by supervisory I felt very vulnerable and intimidated so I filed ans e-mail complaint via "D.O.J. Sexual Abuse" option on the inmate computers, but no actual BP-231 form. The instance of direct contact with Stephens, 4/26/2023, led to me being assaulted and comments made which referenced my 11/1/2023 P.R.E.A. complaint. *Statements under 28§1746 & 18§1001.

(S) Larry Dancy (Pen SE)          DATE EXECUTED: August 21, 2023

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | DANEY  LARRY | 11622-007 | L 101 | FCC Coleman |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**  I'm very dissatisfied by this response, I have provided the Warden (with) a sworn Affidavit) and asked that the Camera for the date to be stoied/saved for future litigation. then jingled me and instruction to beat me, slam me on my head, ect. Made me strip (only my shorts was on) inappropriately touched me Never did a full strip search, in the holding cell, lied to the Captain that they made me go through this cause I was out of bounds on the North side which wasn't true (see video footage) I'm in the wheelchair, so the footage will show that they had no reason to do or say the things they said, to inmates baby for people of color. I went so far as to tell them that the Warden knew I was returning to the Kitchen, after speaking to him an Eld, ge about my medical Need, I ask that both of them be removed (the Affidavit) explained everything to the Warden)

11-9-2022  (Neither staff had Name Tags)

| 11-9-2022 | Larry Daney |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B- RESPONSE**

See Response Attached

Larry Daney

RCVD  11/21/2022

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE          CASE NUMBER: 1142840

---

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____

| | | | |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

| | |
|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

Part B Response
Administrative Remedy 1142370-F1

This is in response to your Request for Administrative Remedy 1142370-F1, in which you allege staff misconduct. Specifically, you claim staff members racially profiled you and made threats of physical harm towards you. You also state staff made you strip down to your shorts and touched you inappropriately.

All staff are held to a high standard of treating inmates fairly, impartially, and humanely. Mistreatment of inmates is not tolerated. Your allegation has been forwarded to the proper investigative authority. Therefore, your allegation is being thoroughly reviewed and if it is determined staff acted inappropriately, corrective action will follow. Be advised, you will not receive information regarding the outcome or completion of any staff investigation.

Accordingly, this response is provided for **Informational Purposes Only**. If you are dissatisfied with this response, you may appeal by filing a BP-10 to the BUREAU OF PRISONS, SOUTHEAST REGIONAL OFFICE, ATTN: REGIONAL DIRECTOR, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, GA 30331-6226, within 20 calendar days from the date of this response.


Shannon D. Withers, Complex Warden                    11-30-22
                                                      Date

ALL 21 PAGES

COC 1330.17.B
May 22, 2015
Attachment A

## INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** Bureau of Prisons Program Statement 1330.16 requires that except as provided in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a BP-9. A separate form must be used for each issue.

*******************************************************************************************

**INSTRUCTIONS:** Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

LARRY DANCy          11622-007          L - 101          _Larry Dancy_

Inmate Name          Register No.          Qtrs./Unit          Inmate Signature

1. Specific complaint (one 8 ½" x 11" continuation page may be attached):

I WAS denied Medical Attention After being drop/Slam on my face ("right side) wich riesulted in my cheek bone ·

2. What efforts have been made by the inmate to resolve the complaint informally? To whom has the inmate spoken?

I spoke to JIS PAGAN AW Phelps (Wardis) Within ect. BermAn (HSA)          → ATTAchment

3. What action does the inmate wish to be taken to correct the issue?

I want to be made whole (teeth fixed) Some thing to fix my face. (bow's protruding)

Correctional Counselor's Comments (including actual steps taken to resolve):

ATTEMPTED To RESOlVE, HOWEVER, NO RESPONSE WAS GIVEN

_signature_          5/12/23          Staff Circle One:

Correctional Counselor          Date          Informally Resolved   **Not Informally Resolved**

Unit Manager's Review _signature_

Unit Manager          5/30/23          Date

Distribution by Correctional Counselor:

1. If complaint is informally resolved, maintain original on file in the Unit.

2. If complaint is not informally resolved, attach original to BP-9 Form and forward to Administrative Remedy Clerk for processing.

| | Inf. Resolution Form Issued to Inmate | Inf. Resolution Form Returned to Counselor | BP-9 Issued to Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|---|
| Date: | 5/2/23 | 5/8/23 | 6/15/23 | 6/20 | |
| Time: | 10:15A | 11:40A | 12:00p | | |
| Counselor: | _sig_ | _sig_ | _sig_ | | |

2 of 3

being broken and front tooth as well
on 4-26-2023 Staff Used force on me
cause 1 was medically unable to get on
the ground c/o Stephens an other unident
ified Staff member ("no name tag") drop
me on my face AW Phelps an SSU LT.
PAGAN told me this never happen to me
1 was (Knocked out) yet the bone on the
right side of my face ("cheek bone) the
bone is protruding out, And my front tooth
is clearly broken, yet nobody knows
how this happen to me, And after (1 week) today
5-3-2013 1 still haven't seen nobody
N. Tutcher an MLP Boodoo both were
present after the Use of force, An neither
of them gave me medical Attention, And
clearly seen my injuries, even after 1
begged them telling them how much
pain 1m in, the Staff that were involved
picked me up on the Stretcher made it
look like they were taking me to med
ical, instead took me to the Special
Housing Unit and left me only to
put me on A range hoping my injuries
kill me, 1 was (Head) of All on Camera

3 of 3

y/o Stephens who I previously put a (PREA)
PREA for touching me in a SEXUAL way: An
other unidentified Staff (no name tag)
had my pants to my Knees laying on the
ground half Naked, All White Staff said
all types of disrespectful stuff to me and
degraded me (like I was an Animal) threw
(No medical record) to show I seen Neens
4-26-2023 period, then A.W. Phelps told
me he was present, and seen Everything
yet did Nothing to assure me medical
Attention making him liable as well, this
is Cruel And unusual punishment, An
Deliberate indifference to a medical (Need)
All this happen under A.W. Phelps watch
who was (Acting Warden) at the time
of the incident, he seen it all unfold yet
did nothing to Stop them from hurting
me leaving me half naked, Medical left
me like this 1 Week, A.W. Phelps came
thru on walk thru 4-26-2023 S.H.U. (A ranges)
at 9:45 n 10:00 am, Seen my injuries
and still didn't make medical see me (After I told him
I didn't deserve None of this then lock
me down for nothing. Please SAVE Video Footage

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☒  No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐  Yes

☐  No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition   _____

7.   What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  August 22, 2023

Signature of Plaintiff      (s) Larry Dancy

Printed Name of Plaintiff    LARRY DANCY

Prison Identification #      11622-007

Prison Address        U,S,P – Coleman 1  |  P.O. Box 1033
              Coleman            FLORIDA  33521
                       *City*              *State*      *Zip Code*

B.  **For Attorneys**

Date of signing:  _____

Signature of Attorney      _____

Printed Name of Attorney    _____

Bar Number          _____

Name of Law Firm       _____

Address           _____

              _____
                       *City*              *State*      *Zip Code*

Telephone Number       _____

E-mail Address        _____

Print     Save As     Add Attachment     Reset