UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LARRY DANCY,**

      **Plaintiff,**

v.                                                            Case No.  5:23-cv-558-CEM-PRL

**FNU STEPHENS, et al.,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review. The Court issued an Order ("Order," Doc. 42) requiring Plaintiff to show cause why his case should not be dismissed due to his repeated failure to comply with multiple orders. As noted in the Order, Plaintiff was directed on March 7, 2024, to submit seven identical copies of his Complaint for service. *See* Doc. 42 at 1. Further, Plaintiff has been ordered to either submit the service copies or show cause why his case should not be dismissed for his failure to submit the service copies on multiple occasions: April 3, 2024 (Doc. 14), May 30, 2024 (Doc. 24), July 8, 2024 (Doc. 30), and September 24, 2024 (Doc. 42).

Plaintiff's Response ("Response," Doc. 43) did not address his failure to provide the Court with seven identical service copies of his Complaint. Instead,

Plaintiff states that he has submitted the U.S. Marshals Service ("USMS") forms and payment for the USMS to serve process. *Id.* To date, despite multiple warnings and opportunities, Plaintiff has failed to submit the seven identical service copies of his Complaint.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on October 21, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party