UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LARRY DANCY,**

    **Plaintiff,**

**v.**       Case No: 5:23-cv-558-CEM-PRL

**FNU STEPHENS, et al.,**

    **Defendants.**

### ORDER

Plaintiff, proceeding pro se, initiated this case by filing a Civil Rights Complaint under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). (Doc. 1). By Order dated October 21, 2024, the case was dismissed without prejudice due to Plaintiff's failure to comply with multiple court orders. (Doc. 44). On November 14, 2024, Plaintiff's motion for reconsideration was denied. (Doc. 48). Now pending before the Court is Plaintiff's motion (Doc. 49) wherein he essentially repeats the content of his motion for reconsideration. Upon due consideration, Plaintiff's Motion (Doc. 49) is **DENIED**. The case is closed and there is no case or controversy before this Court.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 24th day of January 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Party